

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ELEAZER M. MASIMULA, | § | No. 08-24-00084-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| BETHANY ERIN MASIMULA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2023DCM2580) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse in part, modify the decree, and affirm as modified. We reverse the spousal-maintenance award in the final divorce decree and render judgment that Bethany Erin Masimula take nothing on that claim. We modify the final divorce decree to remove the award of spousal maintenance in the amount of $1,375 a month for 18 months. We affirm the decree as modified. We further order that Appellant bears all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 13th day of May 2025.


GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ